**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WINGLET TECHNOLOGY, LLC and ROBERT L. KISER,<br><br>    Plaintiffs<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | Civil Action No. 21-1646 (CKK) |

**RULE 4(m) ORDER**
(September 3, 2021)

Plaintiffs filed the Complaint in this action on June 21, 2021 against Defendants. *See* Compl., ECF No. [1]. As of the date of this Order, the public docket reflects that Plaintiffs have yet to file proof of service of Defendant. In this regard, the Court directs Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). In order to avoid the finality of a mandatory dismissal of this action against Defendant, it is, this 3rd day of September 2021, hereby

**ORDERED** that, by no later than **September 20, 2021**, Plaintiffs must either cause process to be served upon Defendant and proof of service to be filed with the Court or establish good cause for the failure to do so. Failure to make such filings will result in dismissal of this case.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge